Jason J. GULLEY *v.* STATE of Arkansas

CR 03-83                                                        98 S.W.3d 403

Supreme Court of Arkansas
Opinion delivered February 13, 2003

*Don Gillespie*, for appellant.

No response.

P ER CURIAM. Appellant Jason J. Gulley, by and through his attorney, has filed a motion for belated appeal. Attorney, Ron Gillespie, states in the motion that the notice of appeal was filed late due to a mistake on his part.

■ We find that such an error, admittedly made by an attorney for a criminal defendant, is good cause to grant the motion. *See In Re Belated Appeals in Criminal Cases,* 265 Ark. 964 (1979) (*per curiam*).

The motion is, therefore, granted. A copy of this opinion will be forwarded to the Committee on Professional Conduct.